IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF MISSISSIPPI

UNITED STATES OF AMERICA

V.                                                                                          CASE NO. 1:17CR122-SA

DANNY WOODCOCK                                                                DEFENDANT

ORDER GRANTING CONTINUANCE

Defendant Danny Woodcock has filed a Motion to Continue [13] the January 8, 2018, trial setting and other deadlines in this cause. Grounds for the continuance of this trial are based on the fact that Defendant's counsel has not been able to review all discovery produced by the Government with the Defendant. The Government does not oppose the motion.

It appears to the Court that the motion for continuance is well taken and that the same should be granted. It further appears to the Court and the Court so finds, that the ends of justice will be served by granting the subject continuance, and that such action outweighs the best interest of the public and the Defendant in a speedy trial.

THEREFORE, it is hereby **ORDERED**, that the pending Motion to Continue [13] is **GRANTED** and that the trial of this matter is **CONTINUED**, as to the Defendant, from January 8, 2018, until February 26, 2018, in Oxford, Mississippi at 9:40 a.m. The plea agreement deadline is reset for February 12, 2018. The pre-trial motion deadline is reset for January 29, 2018. The discovery deadline is further extended to January 22, 2018.

It is further **ORDERED** that the delay from this date until commencement of the trial shall be excluded from all computations relative to the Speedy Trial Act pursuant to 18 U.S.C. § 3161(h)(7)(A), as to this Defendant.

SO ORDERED this 3rd day of January, 2018.

                                      **/s/ Sharion Aycock**
                                      **U. S. DISTRICT COURT**